ACCEPTED
14-14-00754-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
4/21/2015 7:48:52 PM
CHRISTOPHER PRINE
CLERK

# THE KLEIN LAW FIRM

**ALEXANDER B. KLEIN III**

BOARD CERTIFIED
PERSONAL INJURY TRIAL LAW
TEXAS BOARD OF LEGAL
SPECIALIZATION

ALSO LICENSED IN COLORADO

2000 THE LYRIC CENTRE
440 LOUISIANA STREET
HOUSTON, TEXAS 77002
(713) 650-1111
FACSIMILE (713) 227-1121

**J. TODD TROMBLEY**

OF COUNSEL
—————————————

**MYRIAM K. LEGGE**

OF COUNSEL

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS

4/21/2015 7:48:52 PM

CHRISTOPHER A. PRINE
Clerk

April 21, 2015

Mr. Christopher A. Prine
Clerk, 14th Court of Appeals
301 Fannin Street, Suite 245
Houston, Texas 77002

> Re:  Appellate Court Case No. 14-14-00754-CV; *Andre McCoy, as Permanent Guardian of Shannon Miles McCoy, an Incapacitated Person vs. FemPartners, Inc.; FemPartners of Central Houston, L.P. f/k/a OGA Management Partnership, L.P., New OGA, Inc., ProAssurance Corporation, American Physicians Services Group, Inc., and American Physicians Services Group, Inc. f/k/a American Physicians Insurance Company f/k/a American Physicians Insurance Exchange*; An Appeal of the Final Summary Judgment issued by Probate Court No. 2, Harris County, Texas in Trial Court Cause No. 352,923-404

Dear Mr. Prine:

Pursuant to your letter of April 20, 2015, this constitutes notice that Todd Trombley will be presenting oral argument to the Court on behalf of Appellant, Andre McCoy, as Permanent Guardian of Shannon Miles McCoy, an Incapacitated Person.

Yours very truly,

*/s/ Alexander B. Klein III*

Alexander B. Klein III

ABK:peb

cc:  Mr. John R. Strawn, Jr.                                *Via Facsimile No. (713) 659-9601 and eService*

Mr. Tynan Buthod/Mr. Brandon Goodwin        *Via Facsimile No. (713) 229-2712 and eService*